**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00350-CV

## IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51444-2008**

## ORDER

Before the Court is the motion of the Collin County sheriff to dismiss the petition for writ of habeas corpus. We **GRANT** the motion and **DISMISS** the petition as moot in accordance with our opinion of this date. Although we have reviewed relator's petition and supporting appendix in determining this petition for writ of mandamus, because the attached appendix supporting the petition includes unredacted information that identifies the relator's minor children, we **STRIKE** relator's petition and supporting appendix. TEX. R. APP. P. 9.9(b).

/s/ DAVID J. SCHENCK
JUSTICE